IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

STEPHEN RAFAELLI,
individually and on behalf
of others similarly situated,                                                   PLAINTIFFS

V.                              Civil No. 4:14-cv-4038

CERTAIN UNDERWRITERS
 AT LOYD'S, LONDON                                                              DEFENDANT

## ORDER

Before the Court is a Joint Motion to Stay Pending Mediation. (ECF No. 22). The parties request the Court to stay all proceedings, including discovery, pending mediation. Upon consideration, the Court finds that good cause has been shown for the motion. Accordingly, the Court finds that the Joint Motion to Stay Pending Mediation (ECF No. 22) should be and hereby is **GRANTED**. The parties are directed to update the Court on the status of the mediation every thirty (30) days.

**IT IS SO ORDERED**, this 16th day of April, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge