IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

STEPHEN RAFFAELLI, et al.,
Individually and on behalf of others
similarly situated                                                                                              PLAINTIFFS

v.                                        Case No. 4:14-cv-04038

CERTAIN UNDERWRITERS AT
LLOYD'S LONDON COMPANY                                                                              DEFENDANT

## ORDER

Before the Court is a Stipulation of Voluntary Dismissal With Prejudice. (ECF No. 27). The stipulation is filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Plaintiffs and Defendant shall each bear their own filing fees, costs, attorney fees, and expenses in relation to the motions herein. Accordingly, the stay is lifted, all claims against Defendant are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 20th day of January, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Susan O. Hickey　　　　
　　　　　　　　　　　　　　　　　　　　　　　　　Susan O. Hickey
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge